1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   CHRISTOPHER DAVID JAMES,        )        CASE NO. ED CV 12-1375-RGK (PJW)
                                     )
11                    Petitioner,    )
                                     )        J U D G M E N T
12            v.                     )
                                     )
13   PEOPLE OF THE STATE OF          )
     CALIFORNIA,                     )
14                                   )
                                     )
15                    Respondent.    )
     _____)

16

17        Pursuant to the Order Accepting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19        IT IS ADJUDGED that the Petition is denied and this action is

20   dismissed without prejudice.

21

22        DATED: June 6, 2013

23

24   _____
     R. GARY KLAUSNER
25   UNITED STATES DISTRICT JUDGE

26

27
     C:\Temp\notesE1EF34\Judgment.wpd
28